IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: CR500-001 |
| | ) |
| ANDRE SUGGS | ) |

## ORDER

A Preliminary Revocation Hearing was scheduled for November 13, 2006, for a determination as to whether there is probable cause to believe that Andre Suggs violated the terms of his supervised release as alleged. Defendant has filed a "Waiver of Right to Preliminary Revocation Hearing" stipulating that there is probable cause to believe that he violated the terms of his supervision, as alleged. Accordingly, Andre Suggs shall be held for a revocation hearing.

**SO ORDERED**, this 15th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)